IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| TANCI ISSA BALZAN, ID # 42495-177 ) | |
|       Petitioner, ) | |
| vs. ) | No. 3:12-CV-5135-M-BH |
| ) | |
| UNITED STATES OF AMERICA, ) | |
|       Respondent. ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing the objections to the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and conducting a *de novo* review of those parts of the Findings and Conclusions to which objections have been made, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, the Court hereby **SUMMARILY DISMISSES** with prejudice the petitioner's petition for habeas corpus. Petitioner is **WARNED** that if he continues to file frivolous or duplicative habeas actions, he could be subject to sanctions, up to and including monetary sanctions payable to the Court.

In the event that petitioner files a notice of appeal, he is informed that he must pay the $455.00 appellate filing fee or submit a motion to proceed *in forma pauperis* that is accompanied by a properly signed certificate of inmate trust account.

**SIGNED this 30th day of January, 2013.**

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS